IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:21-cv-47 (MTT) |
| | ) | |
| BACONSFIELD APARTMENTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has read and considered Defendant Baconsfield Apartments's motion to file under seal the following documents:

- Unredacted Defendant's Response to Plaintiff's Motion for Summary Judgment;
- Unredacted Defendant's Statement pursuant to Local Rule 56;
- Unredacted Defendant's Response to Plaintiff's Motion to Preclude and/or Limit the Testimony of Marc Ragin;
- Transcript of Deposition Transcript of Bryant Wilcox and exhibits thereto; and
- Declaration of Marc Ragin and exhibits thereto.

The motion is provisionally **GRANTED,** and the documents listed above shall be filed under seal.

**SO ORDERED**, this 9th day of May, 2022.

S/ Marc T. Treadwell

-2-

MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT