# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. |
| ) | 5:21-CV-00047-MTT |
| v. ) ) | |
| BACONSFIELD APARTMENTS, INC., ) ) ) | |
| Defendant. ) | |

## ORDER

The Court has read and considered Plaintiff Nautilus Insurance Company's Motion to File Under Seal its Unredacted Reply Brief in Support of Motion for Summary Judgment.

For good cause shown, the motion is **GRANTED** and the document described above is hereby filed under seal.

SO ORDERED, this 6th day of June, 2022.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT