# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 5:21-CV-00047-MTT |
| | : | |
| BACONSFIELD APARTMENTS, INC., | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

**COME NOW**, Plaintiff, Nautilus Insurance Company and Defendant Baconsfield Apartments, Inc., by and through their attorneys of records and do hereby stipulate that the claims and counterclaims asserted in the above-styled lawsuit are dismissed with prejudice. The Clerk of Court is hereby directed to make said case "Dismissed with Prejudice" upon the docket of this Court.

Respectfully submitted, this 16th day of February, 2023.

| | |
|---|---|
| */s/ Amanda Rodman Smith* | */s/ Philip W. Savrin* |
| Amanda Rodman Smith | Philip W. Savrin |
| Georgia Bar No.: 727735 | Georgia Bar No.: 627836 |
| Hall, Bloch, Garland & Meyer, LLP | Freeman Mathis & Gary, LLP |
| Post Office Box 5088 | 100 Galleria Parkway, Suite 1600 |
| Macon, Georgia 31208-5088 | Atlanta, Georgia 30339-5948 |
| (478) 745-1625 | (770) 818-0000 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing *Stipulation of Dismissal* upon counsel of record by depositing a copy of same in the United States Mail with adequate postage thereon to ensure delivery as follows:

>Philip W. Savrin
>Lee D. Whatling
>Freeman Mathis & Gary, LLP
>100 Galleria Parkway, Suite 1600
>Atlanta, Georgia 30339-5948
>*Attorneys for Plaintiff*

This 16th day of February, 2023.

>*/s/ Amanda Rodman Smith*
>AMANDA RODMAN SMITH